

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

N.R.C.,

       Petitioner,

  v.

Warden, IRWIN COUNTY
DETENTION CENTER, *et al.*,

      Respondents.

Case No. 7:26-cv-126-WLS-ALS
28 U.S.C. §2241

**NOTICE OF VOLUNTARY
DISMISAL UNDER F.R.C.P.
41(a)(1)(A)(i)**

## NOTICE OF VOLUNTARY DISMISSAL

### (Fed. R. Civ. P. 41(a)(1)(A)(i))

Petitioner, by and through undersigned counsel, hereby gives notice of voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This action sought habeas relief under 28 U.S.C. § 2241 requesting that the Immigration Court conduct a bond hearing. Subsequent to the filing of the Petition, the Immigration Court conducted the requested bond hearing. As a result, the relief sought in this action has been obtained, and further litigation is unnecessary.

No answer or motion for summary judgment has been filed by Respondent in this matter.

Accordingly, Petitioner voluntarily dismisses this action without prejudice.

Respectfully submitted this 21st day of May, 2026.

/s/ Theodore A. Maloney

Theodore A. Maloney*
N.C. Bar #: 29335
**The Law Office of Theodore A. Maloney, PLLC**
4801 E. Independence Blvd. Suite 605
Charlotte, NC 28212
P: 704-535-6600
ted40762@aol.com

Helen Parsonage
GA Bar 435330
Elliot Morgan Parsonage PLLC
328 N Spring Street
Winston-Salem, NC 27101
hparsonage@emplawfirm.com
Tel: 336 714 4480
Local Attorney for Petitioner

*Attorneys for Petitioners-Plaintiffs*
* Pro hac vice

SO ORDERED this 26th day of May, 2026.

_____
W. Louis Sands, Sr. Judge
United States District Court

NOTICE OF VOLUNTARY DISMISSAL - 1